AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: 2/7/20  7:50 AM | Copy of warrant and inventory left with: Howard Miller |
|---|---|---|

Inventory made in the presence of: Travis Donaldson

Inventory of the property taken and name of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/13/20

Executing officer's signature

Michael Impastato, Special Agent
Printed name and title

1043 W. 186th PROPERTY ATTACHMENT:

US Currency found in Howard Miller bedroom -$1,620.00 USD

US Currency found in Spare bedroom -$27,010.00 USD

US Currency found in Spare Bedroom-$5,800.00

Misc. Documents

Black Samsung Cell phone found in Robert Miller Bedroom

HP Computer Tower

1 black iPhone
*pin 080916

Misc documents found in Spare bedroom

Misc Docs found in truck registered to Robert MILLER driven by Howard MILLER

Personal check found in room Robert Miller bedroom